IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 JUN 22 AM 9:48
MARGARET BOTKINS, CLERK
CHEYENNE

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**LAURA M. MEANS,**

Defendant.

**No.** 26-CR-72-ABJ

**Ct 1: 18 U.S.C. § 1343**
(Wire Fraud)

**Ct 2: 26 U.S.C. § 7206(1)**
(False Statement on Tax Return)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

From in or about February 2019, through and including September 2025, in the District of Wyoming, the Defendant, **LAURA M. MEANS**, knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises ("scheme"), in an amount totaling, at least, approximately $1,780,557.20, which scheme was furthered by the use of interstate wire communications. The Defendant, **LAURA M. MEANS**, engaged in the scheme substantially as follows:

1. It was a part of the scheme that Defendant, **LAURA M. MEANS**, was employed as the bookkeeper at Victim Business, and that as part of her duties, she had access to the Victim Business' bank accounts. The Defendant, **LAURA M. MEANS**, was authorized to make business-related purchases and payments.

2. It was further a part of the scheme that the Defendant, **LAURA M. MEANS**, regularly diverted the financial assets of the Victim Business for her own personal use. The

Defendant, **LAURA M. MEANS**, transferred money from the Victim Business' bank account to her personal bank accounts without authorization.

3. It was further part of the scheme that the Defendant, **LAURA M. MEANS**, falsified bookkeeping entries to hide her theft from Victim Business' bank accounts.

On or about September 17, 2025, in the District of Wyoming, the Defendant, **LAURA M. MEANS**, for the purpose of executing and attempting to execute the scheme as described above, caused to be transmitted in interstate commerce by means of wire communication, certain signs, signals, and sounds, namely an unauthorized payment of $24,187.26 to her personal Wells Fargo account from the Victim Business' bank account.

In violation of 18 U.S.C. § 1343.

**COUNT TWO**

On or about October 16, 2024, in the District of Wyoming and elsewhere, the Defendant, **LAURA M. MEANS**, did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, for tax year 2023, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. That document, which the Defendant prepared and signed in the District of Hawaii and filed with the Internal Revenue Service, stated, on line 1a, that she had received total income of $159,923.00 in 2023, whereas, as she then and there knew, she received at least $585,703.29 in total income in 2023.

In violation of 26 U.S.C. §7206(1).

DATED this 22nd day of June, 2026.

DARIN D. SMITH
United States Attorney

By: Margaret Vierbuchen
MARGARET M. VIERBUCHEN
Assistant United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** **LAURA M. MEANS**

**DATE:** June 22, 2026

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

**Ct: 1** **18 U.S.C. § 1343**
(Wire Fraud)

0-20 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**Ct: 2** **26 U.S.C. § 7206(1)**
(False Statement on Tax Return)

0-3 Years Imprisonment
Up To $100,000 Fine
1 Year Supervised Release
$100 Special Assessment

**TOTALS:**
0-23 Years Imprisonment
Up To $350,000 Fine
3 Years Supervised Release
$200 Special Assessment

**AGENT:** Eric Barker, FBI

**AUSA:** Margaret M. Vierbuchen, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 3 to 5 days

| | |
|---|---|
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |