FILED
UNITED STATES DISTRICT COURT DISTRICT OF WYOMING
12:50 pm, 7/16/26
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

LAURA M MEANS

Defendant.

Case Number: 26-CR-72-ABJ

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date July 16, 2026 Time 11:04 am- 12:28 pm

☐ Arraignment ☑ Change of Plea Before the Honorable Alan B. Johnson

Interpreter: N/A Int. Phone: N/A

| Heather Casey | Jan Davis | Elayna Thorsell | N/A |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES Government: Margaret Vierbuchen

Defendant: Ryan Semerad

☐ FPD ☐ PANEL-CJA ☑ RETAINED ☐ WAIVED

☑ Defendant Waives Indictment

☑ Information filed by Government

☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) ______ of an Indictment

☑ Guilty to Count(s) 1, 2 of an Information

☐ *Nolo Contendere*

### NOT GUILTY PLEA

☐ Court accepts *Nolo Contendere* Plea

☐ Court orders discovery per Rule 16 FRCrP

☐ Court orders access to Grand Jury Transcripts

☐ Motions to be filed in ______ days or on/before ______

☐ Trial date set for ______ at ______ in ______

☐ Speedy trial expires on ______

### GUILTY PLEA

☑ Court is satisfied there is factual basis for plea of guilty

☑ Defendant referred to probation for presentence investigation

☑ Defendant advised on consequences of a plea of guilty

☑ Plea agreement filed

☑ Sentencing set for September 22, 2026 at 9:30 in Courtroom 2

☑ Plea conditionally accepted

☐ Count(s) ______ to be dismissed at time of sentencing

☑ Other Will set sentencing hearing for 4 hours.

BOND IS

- ☐ Defendant is detained
- ☑ Set at $20000.00 ☐ Cash or Surety ☑ Unsecured
- ☐ Continued on the same terms and conditions
- ☐ Continued on bond with the following conditions:
- ☑ Released on bond with the following conditions:

- ☐ 3rd party custody of ______
- ☑ Seek/Maintain employment
- ☑ Report to Pretrial Services as directed
- ☑ Travel restricted to Hawaii and Wyoming for hearings
- ☐ Maintain current residence
- ☐ Abide by the following curfew ______
- ☐ Not use or possess firearms/ammunition/explosives
- ☐ Not use or possess controlled substances/drugs
- ☐ Not use or possess alcohol
- ☐ Not use alcohol to excess
- ☐ Submit to drug/alcohol testing
- ☑ Avoid all contact with Potential civilian witnesses, to include any one at Victim Business that is the subject of the Information.
- ☑ Surrender passport to the Court
- ☐ Post property or sum of money ______
- ☑ Obey all laws. Federal, State and Local
- ☑ Do not obtain passport
- ☐ Undergo Medical/Psychiatric treatment/exam
- ☑ Other Abide by all state, federal and local laws. Attend all Court hearings as required. Turn in U.S. Passport and any U.S. Passport cards. Don't travel outside Hawaii without permission of Court, with the exception that she does not need to seek permission to travel to Wyoming to attend Court. Do not open any new financial accounts or incur new debt without permission of the Court, do not transfer or sell any asset, including money or monetary investments, without permission of the Court, to include any assets she jointly holds with others, such as her husband. Do not contact potential civilian witnesses, to include any one at Victim Business that is the subject of the Information. Do not work in any job where Defendant is responsible for money. Remain employed, and if you become unemployed for any reason notify the Court with 72 hours and continue to seek new employment. Order to follow.