AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 JUL 16 PM 12: 40
MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

United States of America
v.
LAURA M MEANS
*Defendant*

Case No. 26-CR-72-ABJ

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/16/2026

*Defendant's signature*

*Signature of defendant's attorney*

Ryan A. Semerad
*Printed name of defendant's attorney*

*Judge's signature*

Alan B. Johnson
*Judge's printed name and title*