**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 2:26-cr-00072-ABJ** |
| | ) | |
| LAURA M. MEANS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**

This matter comes before the Court on Defendant Laura M. Means's Motion to Continue Sentencing Hearing. The Court, having reviewed the motion, the response of the United States, and the file herein, and being fully advised, FINDS that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the sentencing hearing presently set for September 22, 2026, is VACATED.

IT IS FURTHER ORDERED that sentencing is RESET for the ____ day of ______________, 2026, at ______ o'clock ____.m., in the United States District Court, Cheyenne, Wyoming.

IT IS FURTHER ORDERED that all deadlines under L.Cr.R. 32.1 shall run from the reset hearing date.

Dated this ____ day of ______________, 2026.

______________________________
Alan B. Johnson
United States District Judge