FILED

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

9:07 am, 9/14/26

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAURA M. MEANS,

Defendant.

Case No. 2:26-cr-00072-ABJ

---

**ORDER ON DEFENDANT'S MOTION TO WITHDRAW MOTION TO CONTINUE SENTENCING HEARING**

---

This matter comes before the Court on Defendant Laura M. Means's Motion to Withdraw Motion to Continue Sentencing Hearing. The Court, having reviewed the motion and the file herein, and being fully advised, FINDS that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Continue Sentencing Hearing is WITHDRAWN.

The sentencing hearing previously set in this matter for September 22, 2026, shall proceed as scheduled.

Dated this 14th day of September, 2026.

Alan B. Johnson
United States District Judge